IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 21-CR-40011-SMY |
| | ) |
| MILEN THOMAS SUGGS, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

**YANDLE, District Judge:**

Defendant Milen Thomas Suggs was sentenced on February 8, 2022 to 120 months imprisonment for conspiracy to distribute methamphetamine (Count 1) and distribution of methamphetamine (Count 2) (Docs. 34, 36). According to the Bureau of Prisons inmate locator, he is currently housed at Oxford FCI and his projected release date is July 26, 2029. Now pending before the Court is Suggs's Motion for Compassionate Release Under 18 U.S.C. § 3582(c)(1)(A) (Doc. 40). The Government has not responded.

Section 603 (b)(1) of the First Step Act permits the Court to reduce a term of imprisonment upon motion of either the Director of the Bureau of Prisons ("BOP") or a defendant for "extraordinary and compelling reasons" so long as the reduction is "consistent with applicable policy statements issued by the Sentencing Commission." 18 U.S.C. § 3582(c)(1)(A)(i). Suggs states that he learned he had a child through DNA testing while imprisoned at Oxford FCI. He asserts that the child has no one because the child's mother relinquished custody. He requests to be released so he can be a father to this child.

Although the Court is hopeful that Suggs can rehabilitate in prison and develop a positive relationship with his child, he has not presented extraordinary or compelling reasons for his

release. Accordingly, Defendant's motion for Compassionate Release Under 18 U.S.C. § 3582(c)(1)(A) (Doc. 40) is **DENIED**.

**IT IS SO ORDERED.**

**DATED:  October 20, 2022**

**STACI M. YANDLE**
**United States District Judge**